# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| RACHEL KUSEL, | CASE NO. CV 18-0427-GJS |
| Plaintiff, | [~~PROPOSED~~] ORDER AWARDING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), IT IS ORDERED that Plaintiff is awarded attorney fees under the Equal Access to Justice Act in the amount of FIVE-THOUSAND SEVEN-HUNDRED DOLLARS and NO CENTS ($5,700.00), subject to the terms of the Stipulation.

Dated: July 25, 2018

_____
GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE

-1-